1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9  LORENZO ARTEAGA,
10              Petitioner,              No. CIV S 08-0089 GEB DAD P
11      vs.
12 PETE WILSON, et al.,
13              Respondent.              ORDER
14 _____/
15         Petitioner, a state prisoner at Atascadero State Hospital, has filed a document
16 styled "petition for writ of error coram nobis to enter judgments of acquittal. . . ." Among other
17 things, he has attached to the filed document a copy of an "emergency ex parte Mardsen motion"
18 that appears to have been previously filed in the California Superior Court, a list of his previous
19 cases and a copy of a transcript of court proceedings. Petitioner has also filed a declaration in
20 support of his request to proceed in forma pauperis and, although no deadlines are pending, an
21 application for an extension of time pending access to court photocopiers and a return of 65 legal
22 boxes. No other pleadings have been filed by the petitioner.
23         In order to commence an action in this court, petitioner must file a petition for
24 writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases. The
25 court requires all petitions for writ of habeas corpus be filed on the proper form which is
26 provided by this court. Moreover, the court may limit its review of the petition for relief to the

1

information on the form only and need not consider any memoranda or attachments to the petition.  See Rule 2(c), Rules Governing § 2254 Cases.

In addition, petitioner must either pay the required filing fee or file a properly completed application requesting leave to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a), 1915(a).  Petitioner's request for leave to proceed in forma pauperis was not submitted on the proper form.

The court will not issue any orders granting relief until an action has been properly commenced.  Petitioner will be provided the opportunity to file his petition and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the date of service of this order to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case; any petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form;

2. Petitioner's January 14, 2008 request to proceed in forma pauperis is denied without prejudice; petitioner is granted thirty days from the date of this order to file an application to proceed in forma pauperis on the form provided by the Clerk of Court or the filing fee in the amount of $5.00;

3. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus and the application to proceed in forma pauperis by a prisoner; and

/////

/////

/////

4. Petitioner's February 19, 2008 application for an extension of time is denied as unnecessary.

DATED: February 28, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
arte0089.nop